# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GS Holistic, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>PIPEANNEXOS, INC., doing business as OCEANSIDE SMOKE SHOP; RANI SACO; RAFI SACO; and RANDI SACO,<br><br>                  Defendants. | Case No.: 22-CV-1745 TWR (MDD)<br><br>**ORDER (1) DISCHARGING FEBRUARY 10, 2023 ORDER TO SHOW CAUSE AND (2) SETTING BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>(ECF Nos. 11, 12) |

On February 10, 2023, the Court ordered Plaintiff GS Holistic, LLC to show cause why this action should not be dismissed for failure to move for default judgment pursuant to Civil Local Rule 55.1.  (*See generally* ECF No. 11.)  Plaintiff subsequently filed a Motion for Entry of Default Judgment on February 24, 2023.  (ECF No. 12).  Good cause appearing, the Court **DISCHARGES** its Order to Show Cause (ECF No. 11).

Pursuant to Civil Local Rule 7.1(b) and Section III.B.1 of the undersigned's Standing Order for Civil Cases, a plaintiff is required to obtain a hearing date from Chambers before filing any noticed motion.  The Court will, however, take Plaintiff's Motion for Entry of Default Judgment under submission without oral argument in accordance with Civil Local Rule 7.1(d)(1).  Defendants **SHALL FILE** any opposition <u>within fourteen (14) days</u> of the electronic docketing of this Order and Plaintiff **MAY**

1  **FILE** an optional reply, if any, <u>within twenty-one (21) days</u> of the electronic docketing of this Order.

   **IT IS SO ORDERED.**

Dated: March 1, 2023

_____
Honorable Todd W. Robinson
United States District Judge